IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CASE NO. DNCW1:11CR12 |
| v. ) | (Financial Litigation Unit) |
| ) | |
| ) | |
| GEORGE GORDON GREENWOOD. ) | |

## WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL
and Lord Abbett & Co. LLC:

An amended judgment was entered on August 6, 2012, in the United States District Court for the Western District of North Carolina in favor of the United States of America and against Defendant, George Gordon Greenwood, whose last known address is XXXXXXXXXX, Asheville, North Carolina 28803, in the sum of $9,264,090.36. The balance on the account as of December 26, 2012 is $9,243,690.36.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and Lord Abbett & Co. LLC is commanded to turn over property in which Defendant, George Gordon Greenwood, Social Security Number XXX-XX-0918, has a substantial non-exempt interest, said property being funds located in any and all financial accounts held, individually or jointly, in the name of George Gordon Greenwood located at the following address: Lord Abbett & Co. LLC, P.O. Box 219336, Kansas City, MO 64121-9336.

Signed: December 27, 2012

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge