IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. DNCW1:11CR12 |
| | ) | (Financial Litigation Unit) |
| | ) | |
| GEORGE GORDON GREENWOOD. | ) | |

## O R D E R

A motion having been duly brought before this Court by the United States of America for an order to amend the Writ of Execution as to Franklin Templeton Investments entered on December 28, 2012 to correct the entity named in said Writ, and the Court having considered the same, the Court finds that the Writ of Execution shall be amended in this matter.

It is, therefore, ORDERED, ADJUDGED and DECREED that the Writ of Execution entered on December 28, 2012 (Docket No. 53) is hereby amended to reflect the correct entity name of Franklin Templeton Bank & Trust.

Signed: January 16, 2013

*Dennis L. Howell*
Dennis L. Howell
United States Magistrate Judge