IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. DNCW1:11CR12 |
| | ) | (Financial Litigation Unit) |
| | ) | |
| GEORGE GORDON GREENWOOD. | ) | |

O R D E R

A motion having been duly brought before this Court by the United States of America for an order to direct Franklin Templeton Bank & Trust to liquidate securities and deliver the net proceeds to the United States Clerk of Court, and the Court having considered the same, the Court finds that the United States' motion shall be granted.

It is, therefore, ORDERED, ADJUDGED and DECREED as follows:

1. Franklin Templeton Bank & Trust is hereby ordered to levy and/or execute on, and to turnover, all funds located in any financial accounts held in Defendant's name pursuant to the Writ of Execution entered on December 28, 2012 (Docket No. 53), and the Order entered on January 16, 2013 (Docket No. 67).

2. Franklin Templeton Bank & Trust is further ordered to liquidate any and all securities located in Defendant's accounts, which accounts are held by FTB&T, custodian for the rollover IRA of G. Gordon Greenwood, ████████████, Asheville, North Carolina 28803. Such accounts include, but are not limited to, the following:

- Templeton Global Total Return Fund, Class A, account ██████ 2420
- Franklin Income Fund, Class A, account                6457
- Franklin Utilities Fund, Class A, account ████████ 6500

3. Franklin Templeton Bank & Trust is further ordered to deliver the net proceeds realized from the liquidation of Defendant's accounts to the United States Clerk of Court, 401 West Trade Street, Charlotte, North Carolina 28202. In order to ensure that any payments are credited properly, the following information should be included on all checks: George Gordon Greenwood, Case #DNCW1:11CR12.

Signed: March 15, 2013

Dennis L. Howell
United States Magistrate Judge